IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv395

| | |
|---|---|
| DANNY COLBERT LONG, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| CLEGG'S TERMITE & PEST CONTROL, ) | |
| ) | |
| Defendant. ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a letter (#14) written by the plaintiff to the United States District Court for the Western District of North Carolina, requesting a continuance of a hearing that had been set by the court for June 22, 2007. After hearing arguments of the plaintiff and arguments of counsel for the defendant and considering the plaintiff's motion, the undersigned has determined to deny the plaintiff's motion for a continuance of the hearing.

**ORDER**

IT, IS, THEREFORE **ORDERED** that the letter (#14) which the court has considered as a motion for continuance by the plaintiff is hereby **DENIED.**

Signed: June 25, 2007

_____
Dennis L. Howell
United States Magistrate Judge